DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITIONS TO REHEAR

VILLAGE OF PINEHURST v.
REGIONAL INVESTMENTS OF MOORE

No. 69A90

Case below: 330 N.C. 725

Petition by plaintiff to rehear pursuant to Rule 31 denied 21 April 1992.

YATES v. NEW SOUTH PIZZA, LTD.

No. 176PA91

Case below: 330 N.C. 790

Petition by defendant to rehear pursuant to Rule 31 denied 21 April 1992.